1  Michele Ballard Miller (SBN 104198)
       mbm@millerlawgroup.com
2  Gregory F. Fortescue (SBN 249133)
       gff@millerlawgroup.com
3  Molly Agarwal (SBN 247545)
       ma@millerlawgroup.com
4  MILLER LAW GROUP
   A Professional Corporation
5  111 Sutter Street, Suite 700
   San Francisco, CA 94104
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7  Attorneys for Defendant
   KAISER FOUNDATION HOSPITALS
8

9  Ashwin Ladva (206140)
   LADVA LAW FIRM
10 530 Jackson Street, 2nd Floor
   San Francisco, California 94133
11 (415) 296-8844
   (415) 296-8847 (fax)
12 aladva@ladvalaw.com
   Attorney for Plaintiff
13 JUANITA FONSECA

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

| 18 | JUANITA FONSECA, | Case No.: CV 10 2832-CW |
|---|---|---|
| 19 | Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |
| 20 | v. | |
| 21 | | |
| 22 | KAISER FOUNDATION HOSPITALS and DOES 1 through 25, inclusive, | Complaint Filed:   May 25, 2010 |
| 23 | | |
| 24 | Defendants. | |

25

26

27         Plaintiff Juanita Fonseca ("Plaintiff") and Defendant Kaiser Foundation Hospitals

28 ("Defendant"), through their respective counsel, agree and stipulate as follows:

---

1

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION**
**Case No.  CV 10 2832-CW**

1  WHEREAS, pursuant to the parties' October 5, 2010 Case Management
2  Conference, the Court ordered the parties to participate in private mediation by December
3  14, 2010.

5  WHEREAS, in a good-faith effort to comply with the Court's Order, the parties
6  scheduled Plaintiff's deposition for November 23, 2010, and private mediation for December
7  9, 2010.

9  WHEREAS, despite Plaintiff's representation to her counsel that she would
10 appear for her deposition (and upon which representation Defendant's counsel confirmed
11 the participation of a court reporter, videographer, and Spanish language translator) Plaintiff
12 informed her attorney at approximately 10:30 a.m., thirty minutes after the time at which the
13 deposition was to begin, that she could not appear for her deposition due to her blood
14 pressure.

16 WHEREAS, due to Plaintiff's failure to appear for her November 23, 2010
17 deposition, the parties have rescheduled her deposition for December 9, 2010.

19 WHEREAS, based on further assessment of this case since the parties' October
20 5, 2010 Case Management Conference, the parties believe Early Neutral Evaluation will be
21 better suited to the case than private mediation.

23 WHEREAS, based on all of the above, the parties agree that the current deadline
24 to complete mediation should be modified and moved to February 14, 2011, due to
25 Plaintiff's unpredictable health condition that renders it impossible to predict whether or not
26 she will be able to appear for her deposition and participate in an alternative dispute
27 resolution ("ADR") process on any given date.

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned attorneys of record, to extend the deadline to complete an ADR session by 60 days to February 14, 2011.

Dated:  December 7, 2010              MILLER LAW GROUP
                                      A Professional Corporation


                                      By:  ___/s/_____
                                           Molly Agarwal
                                           Attorneys for Defendant
                                           Kaiser Foundation Hospitals


Dated:  December 7, 2010              LADVA LAW FIRM


                                      By:  ___/s/_____
                                           Ashwin Ladva
                                           Attorneys for Plaintiff
                                           Juanita Fonseca

# ORDER

Having reviewed the Stipulation executed by Plaintiff Juanita Fonseca and Defendant Kaiser Foundation Hospitals and good cause appearing, the Court hereby orders as follows:

1. The parties' deadline to complete an ADR session is extended to February 14, 2011; and,

2. The parties are ordered to participate in Early Neutral Evaluation by such date.

**IT IS SO ORDERED.**

Dated: **12/8/2010**

_____
The Honorable Claudia Wilken
United States District Judge

4819-1911-5784, v. 1