Ashwin Ladva (SBN 206140)
ladvalaw@gmail.com
LADVA LAW FIRM
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
Tel. (415) 296-8844
Fax (415) 296-8847

Attorney for Plaintiff
JUANITA FONSECA

Michele Ballard Miller (SBN 104198)
mbm@millerlawgroup.com
Molly Agarwal (SBN 247545)
ma@millerlawgrop.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA FONSECA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.:  C 10-02832 CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. 41(a)(1)(ii)]<br><br>Complaint filed:  May 25, 2010 |

1  IT IS HEREBY STIPULATED by and between the parties to this action,
2  through their undersigned counsel of record, that the above-captioned action be dismissed
3  in its entirety, with prejudice, pursuant to F.R.C.P. 41(a)(1)(ii), all parties to bear their own
4  attorneys' fees and costs.

5

6  Dated:  March 28, 2011                          LADVA LAW FIRM

7

8                                                  By:   /s/
                                                    Ashwin Ladva
9                                                   Attorneys for Plaintiff
                                                    JUANITA FONSECA
10

11

12  Dated:  March 28, 2011                         MILLER LAW GROUP
                                                    A Professional Corporation
13

14                                                  By:   /s/
                                                    Michele Ballard Miller
15                                                  Attorneys for Defendant KAISER
                                                    FOUNDATION HOSPITALS
16

17

18

19
    4833-2490-9320, v. 1
20

21

22

23             IT IS SO ORDERED
24             [signature]
25             Judge Claudia Wilken
               UNITED STATES DISTRICT COURT
26             NORTHERN DISTRICT OF CALIFORNIA

27

28

---
1
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
Case No.: C 10-02832 CW